# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# DALLAS DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 3:16-cr-00472-N |
| | § | |
| GARY MICHAEL BEACH | § | |

## DEFENDANT GARY BEACH'S EXHIBIT LIST

COMES NOW the Defendant, by and through his attorneys of record, MARTIN LENOIR and MICHAEL MOWLA, and files his Exhibit List for trial scheduled on February 12, 2018.

Defendant adopts in whole any and all exhibits listed on Government's Exhibit List that has been filed in this cause.

Defendant's Exhibit:

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1. | Beach 2010 Trust | | |
| 2. | Participation Agreement | | |
| 3. | Articles of Organization. Beach Petroleum L.L.C. | | |
| 4. | Limited Liability Company Charter Beach Petroleum L.L.C. | | |
| 5. | Assignment of Participation Agreement | | |
| 6. | Richard Dafoe Grand Jury Testimony 03/22/16 | | |
| 7. | Richard Dafoe Grand Jury Testimony 04/20/16 | | |
| 8. | Richard Dafoe Grand Jury Testimony 09/20/16 | | |

**DEFENDANT GARY BEACH'S EXHIBIT LIST - Page 1**

| | | | |
|---|---|---|---|
| 9. | Letter to David Elmquist | | |
| 10. | Email from Diane Reed | | |
| 11. | Email from Richard Dafoe to Gary Beach 09/20/11 at 2:12 PM<br>Email from Gary Beach to Richard Dafoe 09/20/11 at 1:35 PM | | |
| 12. | Email from Gary Beach to Richard Dafoe 12/02/11 at 8:43 AM<br>Email from Robert Theriot to Richard Dafoe 12/02/11 at 12:33 PM<br>Email from Gary Beach to Robert Theriot 12/01/11 at 11:13 AM | | |
| 13. | Email from Richard Dafoe to Gary Beach 12/05/11 at 8:42 AM<br>Email from Gary Beach to Richard Dafoe 12/02/11 at 8:09 AM | | |
| 14. | Email from Gary Beach to Richard Dafoe 01/11/12 at 3:35 PM | | |
| 15. | Email from Gary Beach to Jennifer White 12/01/11 at 9:49 AM<br>Email from Gary Beach to Richard Dafoe 11/30/11 at 11:41 AM<br>Email from Robert Theriot to Gary Beach 11/30/11 at 10:47 AM | | |
| 16. | Email from Gary Beach to Jennifer White 11/30/11 at 5:28 PM<br>Email from Jennifer White to Gary Beach 11/30/11 at 5:22 PM<br>Email from Gary Beach to Jennifer White 11/30/11 at 5:22 PM | | |
| 17. | Email from Gary Beach to Richard Dafoe 11/20/11 at 1:35 PM | | |
| 18. | Email from Gary Beach to Richard Dafoe 11/30/11 at 11:40 AM<br>Email from Robert Theriot to Gary Beach 11/30/11 at 10:47 AM | | |
| 19. | Email from Gary Beach to Jennifer White 11/30/11 at 12:55 PM | | |

**DEFENDANT GARY BEACH'S EXHIBIT LIST** - **Page 2**

| | | | |
|---|---|---|---|
| 20. | Email from Gary Beach to Jennifer White 11/30/11 at 1:11 PM | | |
| 21. | Email from Gary Beach to Jennifer White 11/30/11 at 1:15 PM | | |
| 22. | Email from Gary Beach to Jennifer White 11/30/11 at 1:22 PM | | |
| 23. | Email from Gary Beach to Jennifer White 11/30/11 at 2:03 PM<br>Email from Jennifer White to Gary Beach 11/30/11 at 1:33 PM<br>Email from Gary Beach to Jennifer White 11/30/11 at 1:28 PM | | |
| 24. | Email from Gary Beach to Jennifer White 11/30/11 at 5:28 PM<br>Email from Jennifer White to Gary Beach 11/30/11 at 5:22 PM<br>Email From Gary Beach to Jennifer White 11/30/11 at 5:22 PM | | |
| 25. | Email from Richard Dafoe to Gary Beach 12/05/11 at 8:42 AM<br>Email from Gary Beach to Richard Dafoe 12/05/11 at 8:09 AM | | |
| 26. | Email from Gary Beach to Jennifer White 11/30/11 at 12:55 PM | | |
| 27. | Email from Richard Dafoe to Gary Beach 08/05/11 at 10:32 AM | | |
| 28. | Email from Richard Dafoe to Gary Beach 08/05/11 at 12:05 PM<br>Email from Gary Beach to Richard Dafoe 08/05/11 at 12:03 PM | | |
| 29. | Email from Gary Beach to Richard Dafoe 08/05/11 at 6:59 PM<br>Email from Richard Leshin to Gary Beach 08/05/11 at 4:30 PM | | |
| 30. | Email from Richard Dafoe to Gary Beach 08/25/11 at 11:08 AM<br>Email from Gary Beach to Richard Dafoe 08/25/11 at 9:22 AM | | |

| | | | |
|---|---|---|---|
| 31. | Email from Gary Beach to Richard Dafoe 08/25/11 at 2:18 PM<br>Email from Richard Dafoe to Gary Beach 08/25/11 at 2:11 PM | | |
| 32. | Email from Richard Dafoe to Gary Beach 09/19/11 at 9:34 AM<br>Email from Gary Beach to Richard Dafoe 09/19/11 at 9:17 AM | | |
| 33. | Email from Richard Dafoe to Gary Beach 09/19/11 at 3:06 PM<br>Email from Gary Beach to Richard Dafoe 09/19/11 at 2:34 PM | | |
| 34. | Email from Richard Dafoe to Gary Beach 10/18/11 at 9:42 AM<br>Email from Gary Beach to Richard Dafoe 10/18/11 at 9:40 AM | | |
| 35. | Email from Richard Dafoe to Gary Beach 11/09/11 at 8:46 AM<br>Email from Gary Beach to Richard Dafoe 11/09/11 at 8:46 AM<br>Email from Robert Theriot to Gary Beach 11/07/11 at 9:28 AM | | |
| 36. | Email from Gary Beach to Jennifer White 11/30/11 at 2:03 PM<br>Email from Jennifer White to Gary Beach 11/30/11 at 1:33 PM<br>Email from Gary Beach to Jennifer White 11/30/11 at 1:28 PM | | |
| 37. | Email from Jennifer White to Gary Beach 11/30/11 at 5:22 PM<br>Email from Gary Beach to Jennifer White 11/30/11 at 5:22 PM | | |
| 38. | Email from Richard Dafoe to Gary Beach 12/02/11 at 4:08 PM | | |
| 39. | Email from Richard Dafoe to Gary Beach 12/05/11 at 8:42 AM<br>Email from Gary Beach to Richard Dafoe 12/05/11 at 8:09 AM | | |

**DEFENDANT GARY BEACH'S EXHIBIT LIST - Page 4**

| | | | |
|---|---|---|---|
| 40. | Email from Richard Dafoe to Gary Beach 12/14/11 at 5:36 PM<br>Email from Gary Beach to Richard Dafoe 12/14/11 at 5:31 PM | | |
| 41. | Email from Gary Beach to Richard Dafoe 12/14/11 at 5:44 PM<br>Email from Richard Dafoe to Gary Beach 12/14/11 at 5:42 PM<br>Email from Gary Beach to Richard Dafoe 12/14/11 at 5:40 PM<br>Email from Richard Dafoe to Gary Beach 12/14/11 at 5:37 PM<br>Email from Gary Beach to Richard Dafoe 12/14/11 at 5:38 PM<br>Email from Richard Dafoe to Gary Beach 12/14/11 at 5:36 PM<br>Email from Gary Beach to Richard Dafoe 12/14/11 at 5:31 PM | | |
| 42. | Email from Richard Dafoe to Gary Beach 12/19/11 at 8:54 AM<br>Email from Gary Beach to Richard Dafoe 12/19/11 at 8:46 AM | | |
| 43. | Email from Richard Dafoe to Gary Beach 12/19/11 at 9:27 AM<br>Email from Gary Beach to Richard Dafoe 12/19/11 at 9:08 AM<br>Email from Richard Dafoe to Gary Beach 12/19/11 at 8:54 AM<br>Email from Gary Beach to Richard Dafoe 12/19/11 at 8:46 AM | | |

**DEFENDANT GARY BEACH'S EXHIBIT LIST** - Page 5

| 44. | Email from Gary Beach to Richard Dafoe 12/19/11 at 10:05 AM<br>Email from Richard Dafoe to Gary Beach 12/19/11 at 9:58 AM<br>Email from Gary Beach to Richard Dafoe 12/19/11 at 9:37 AM<br>Email from Richard Dafoe to Gary Beach 12/19/11 at 9:27 AM<br>Email from Gary Beach to Richard Dafoe 12/19/11 at 9:08 AM<br>Email from Richard Dafoe to Gary Beach 12/19/11 at 8:54 AM<br>Email from Gary Beach to Richard Dafoe 12/19/11 at 8:46 AM | | |
|---|---|---|---|
| 45. | Email from Gary Beach to Richard Dafoe 01/02/12 at 9:48 AM | | |
| 46. | Email from Gary Beach to Richard Dafoe 01/02/12 at 9:50 AM | | |
| 47. | Email from Gary Beach to Richard Dafoe 01/02/12 at 11:28 AM | | |
| 48. | Email from Richard Dafoe to Gary Beach 01/09/12 at 8:39 AM<br>Email from Gary Beach to Richard Dafoe 01/09/12 at 8:01 AM | | |
| 49. | Email from Gary Beach to Richard Dafoe 01/09/12 at 9:45 AM<br>Email from Richard Dafoe to Gary Beach 01/09/12 at 8:39 AM<br>Email from Gary Beach to Richard Dafoe 01/09/12 at 8:01 AM | | |
| 50. | Email from Richard Dafoe to Gary Beach 02/17/12 at 12:36 PM | | |
| 51. | Letter to Richard Dafoe from Nancy Resnick | | |
| 52. | Letter to Nancy Resnick from Richard Dafoe | | |
| 53. | Rule 9011 | | |
| 54. | Beach Capital Partnership, L.P. Statements 01/2011 to 09/2011 | | |

**DEFENDANT GARY BEACH'S EXHIBIT LIST** - Page 6

| 55. | Checks on Beach Capital Partnerships, L.P.<br>12/2010 to 07/2011 | | |
| --- | --- | --- | --- |
| 56. | Gentry Beach Gary Beach Statements<br>01/2012 to 01/2013 | | |
| 57. | Gary M. Beach Bank Statements<br>12/2010 to 09/2011 | | |
| 58. | Beach Petroleum LLC Statements<br>07/2011 to 12/2012 | | |
| 59. | Gary & Marcy Beach<br>Individual Tax Return 2011 | | |
| 60. | Gary & Marcy Beach<br>Individual Tax Return 2012 | | |
| 61. | Beach 2010 Trust<br>Tax Return 2011 | | |
| 62. | Beach 2010 Trust<br>Tax Return 2012 | | |
| 63. | Beach Capital Partnership LP<br>Tax Return 2011 | | |
| 64. | Beach Capital Partnership LP<br>Tax Return 2012 | | |
| 65. | Herndon, Plant, and Oakley Statements<br>08/2011 and 09/2011 | | |
| 66. | Herndon, Plant, and Oakley wiring instructions<br>and incoming wire confirmation | | |
| 67. | Email from Gary Beach to Jeff Gentry with<br>invoice attached<br>05/27/11 at 10:36 AM | | |
| 68. | Email from Gary Beach to Jeff Gentry with<br>invoice attached<br>06/16/11 at 9:34 AM | | |
| 69. | Email from Gary Beach to Jeff Gentry with<br>invoice attached<br>07/05/11 at 11:20 AM | | |

**DEFENDANT GARY BEACH'S EXHIBIT LIST - Page 7**

| 70. | Email from Gary Beach to Jeff Gentry with invoice attached<br>08/12/11 at 3:00 PM | | |
|---|---|---|---|
| 71. | Email from Gary Beach to Jeff Gentry with invoice attached<br>08/15/11 at 9:47 AM | | |
| 72. | Email from Gary Beach to Jeff Gentry with invoice attached<br>09/21/11 at 12:42 PM | | |
| 73. | Email from Gary Beach to Jeff Gentry with wiring instructions<br>10/18/11 at 9:32 AM | | |
| 74. | Email from Gary Beach to Jeff Gentry with invoice attached<br>11/18/11 at 2:51 PM | | |
| 75. | Email from Gary Beach to Jeff Gentry with invoice attached<br>12/09/11 at 4:09 PM | | |
| 76. | Email from Gary Beach to Jeff Gentry with invoice attached<br>01/11/12 at 11:51 AM | | |
| 77. | Email from Gary Beach to Jeff Gentry with invoice attached<br>01/27/12 at 2:42 PM | | |
| 78. | Email from Gary Beach to Jeff Gentry with invoice attached<br>03/07/12 at 12:01 PM | | |
| 79. | Email from Gary Beach to Jeff Gentry with invoice attached<br>04/02/12 at 8:00 AM | | |
| 80. | Email from Gary Beach to Jeff Gentry with invoice attached<br>04/30/12 at 5:03 PM | | |
| 81. | Email from Gary Beach to Jeff Gentry with invoice attached<br>06/04/12 at 9:19 AM | | |

**DEFENDANT GARY BEACH'S EXHIBIT LIST** - Page 8

| 82. | Email from Gary Beach to Jeff Gentry with invoice attached 07/02/12 at 8:40 AM | | |
|---|---|---|---|
| 83. | Email from Gary Beach to Jeff Gentry with invoice attached 08/01/12 at 8:36 AM | | |
| 84. | Email from Gary Beach to Jeff Gentry with invoice attached 09/04/12 at 8:01 AM | | |
| 85. | Email from Gary Beach to Jeff Gentry with invoice attached 10/01/12 at 9:45 AM | | |
| 86. | Email from Gary Beach to Jeff Gentry with invoice attached 11/01/12 at 10:24 AM | | |
| 87. | Email from Gary Beach to Jeff Gentry with invoice attached 11/29/12 at 10:11 AM | | |
| 88. | Email from Gary Beach to Jeff Gentry 07/27/11 at 9:22 AM | | |
| 89. | Email from Gary Beach to Jeff Gentry 08/23/11 at 10:09 AM | | |
| 90. | Email from Gary Beach to Jeff Gentry 10/03/11 at 9:14 AM Email from John Melancon to Gary Beach 09/26/11 at 11:03 AM | | |
| 91. | Email from Gary Beach to Jeff Gentry 10/20/11 at 1:07 PM | | |
| 92. | Email from Gary Beach to Jeff Gentry 10/20/11 at 3:37 PM | | |
| 93. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:39 PM | | |
| 94. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:39 PM | | |
| 95. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:41 PM | | |

| 96. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:40 PM | | |
|---|---|---|---|
| 97. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:42 PM | | |
| 98. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:43 PM | | |
| 99. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:44 PM | | |
| 100. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:45 PM | | |
| 101. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:45 PM | | |
| 102. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:45 PM | | |
| 103. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:46 PM | | |
| 104. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:47 PM | | |
| 105. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:48 PM | | |
| 106. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:48 PM | | |
| 107. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:49 PM | | |
| 108. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:49 PM | | |
| 109. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:50 PM | | |
| 110. | Email from Gary Beach to Jeff Gentry 11/17/11 at 2:51 PM | | |
| 111. | Email from Gary Beach to Jeff Gentry 01/11/12 at 12:02 PM | | |
| 112. | Email from Gary Beach to Jeff Gentry 01/11/12 at 3:01 PM | | |

**DEFENDANT GARY BEACH'S EXHIBIT LIST - Page 10**

| 113. | Email from Gary Beach to Jeff Gentry<br>02/27/12 at 4:15 PM | | |
|------|---------------------------------------------------------------|---|---|
| 114. | Email from Jeff Gentry to Gary Beach<br>02/27/12 at 6:49 PM<br>Email from Gary Beach to Jeff Gentry<br>02/27/12 at 3:26 PM | | |
| 115. | Email from Gary Beach to Jeff Gentry<br>02/28/12 at 5:05 PM | | |
| 116. | Email from Gary Beach to Jeff Gentry<br>03/01/12 at 11:22 AM | | |
| 117. | Email from Gary Beach to Jeff Gentry<br>03/01/12 at 11:26 AM<br>Email from William Basham to Gary Beach<br>02/29/12 at 4:44 PM | | |
| 118. | Email from Gary Beach to Jeff Gentry<br>03/06/12 at 4:59 PM | | |
| 119. | Email from Gary Beach to Jeff Gentry<br>03/15/12 at 12:13 PM | | |
| 120. | Email from Gary Beach to Jeff Gentry<br>03/14/12 at 8:34 AM | | |
| 121. | Email from Gary Beach to Jeff Gentry<br>03/21/12 at 8:49 AM | | |
| 122. | Email from Gary Beach to Jeff Gentry<br>05/10/11 at 3:20 PM<br>Email from John Melancon to Gary Beach<br>05/10/11 at 2:52 PM | | |
| 123. | Email from Gary Beach to Jeff Gentry<br>06/07/11 at 10:04 AM | | |
| 124. | Email from Gary Beach to Jeff Gentry<br>06/08/11 at 6:20 PM | | |
| 125. | Email from Gary Beach to Jeff Gentry<br>06/09/11 at 10:13 AM<br>Email from John Melancon to Gary Beach<br>06/09/11 at 9:53 AM | | |

| | | | |
|---|---|---|---|
| 126. | Email from Gary Beach to Jeff Gentry 06/14/11 at 9:53 AM<br>Email from John Melancon to Gary Beach 06/10/11 at 10:56 AM | | |
| 127. | Email from Gary Beach to Jeff Gentry 06/22/11 at 10:49 AM<br>Email from John Melancon to Gary Beach 06/20/11 at 1:18 PM | | |
| 128. | Email from Gary Beach to Jeff Gentry 06/23/11 at 4:35 PM | | |
| 129. | Email from Gary Beach to Gary Challburg 07/05/11 at 11:05 AM | | |
| 130. | Email from Gary Beach to Jeff Gentry 07/12/11 at 3:04 PM | | |
| 131. | Email from Gary Beach to Jeff Gentry 09/19/11 at 11:37 AM<br>Email from Angela Benedict to Gary Beach 09/19/11 at 10:59 AM | | |
| 132. | Email from Gary Beach to Jeff Gentry 10/31/11 at 8:44 AM<br>Email from Angela Benedict to Gary Beach 10/28/11 at 10:37 AM | | |
| 133. | Email from Gary Beach to Jeff Gentry 11/09/11 at 9:01 AM<br>Email from Angela Benedict to Gary Beach 11/08/11 at 2:33 PM | | |
| 134. | Email from Gary Beach to Jeff Gentry 11/09/11 at 9:07 AM<br>Email from Angela Benedict to Gary Beach 11/04/11 at 11:17 AM | | |
| 135. | Email from Gary Beach to Jeff Gentry 11/22/11 at 3:51 PM<br>Email from Angela Benedict to Gary Beach 11/22/11 at 12:51 PM | | |

**DEFENDANT GARY BEACH'S EXHIBIT LIST** - Page 12

| 136. | Email from Gary Beach to Jeff Gentry 12/19/11 at 2:50 PM Email from Angela Benedict to Gary Beach 12/19/11 at 2:14 PM | | |
|---|---|---|---|
| 137. | BLANK | | |
| 138. | Bayou Bouillon Field Development Project St. Martin and Iberville Parishes, LA | | |
| 139. | Bayou Bouillon Field Development Project St. Martin and Iberville Parishes, LA | | |
| 140. | Jury Charge & Instructions Beach Capital, et al v. Deeprock Venture Partners, LP, et al | | |
| 141. | Invoices to Beach Capital Partnership | | |
| 142. | Indictment filed 11/01/16 | | |
| 143. | Indictment filed 03/07/17 | | |
| 144. | Indictment filed 07/12/17 | | |
| 145. | Indictment filed 07/25/17 | | |
| 146. | Indictment filed 09/26/17 | | |
| 147. | Indictment filed 12/20/17 | | |
| 148. | Form for Statement of Financial Affairs for Individuals Filing for Bankruptcy | | |
| 149. | Email from Richard Dafoe to David Drez 07/28/16 at 4:53 PM | | |
| 150. | Letter from Jay Dewald to Mark Vincent 08/03/16 | | |
| 151. | Email from Gary Beach to Phuc Phan 09/25/12 at 9:29 AM | | |
| 152. | Email from Gary Beach to Phuc Phan 08/29/12 at 1:13 PM | | |
| 153. | Email from Gary Beach to Phuc Tran 09/16/12 at 10:05 AM | | |

Respectfully submitted,

**DEFENDANT GARY BEACH'S EXHIBIT LIST** - Page 13

/s/ MARTIN LENOIR
MARTIN LENOIR
Bar Card No. 12204300
3300 Oak Lawn, Suite 600
Dallas, Texas  75219
(214) 744-3544
(214) 528-6601 - Fax
lenoiratty@aol.com

/s/ MICHAEL MOWLA
MICHAEL MOWLA
State Bar No. 24048680
Post Office Box 868
Cedar Hill, Texas 75106-0868
(972) 795-2401
MICHAEL@mowlalaw.com

**ATTORNEYS FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 5th day of February, 2018 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. David L Jarvis                          Mr. Walt Junker
Assistant United States Attorney            Assistant United States Attorney
United States Attorney's Office             United States Attorney's Office
1100 Commerce Street, Third Floor           1100 Commerce Street, Third Floor
Dallas, Texas 75242                         Dallas, Texas 75242
david.jarvis@usdoj.gov                      walt.junker@usdoj.gov

/s/ MARTIN LENOIR
MARTIN LENOIR

<u>**DEFENDANT GARY BEACH'S EXHIBIT LIST**</u> - Page 14