# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

# DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | **CRIMINAL NO. 3:16-cr-00472-N** |
| § | |
| **GARY MICHAEL BEACH** § | |

## DEFENDANT GARY BEACH'S LIST OF WITNESSES

COMES NOW, the Defendant, GARY MICHAEL BEACH, by and through his attorneys of record and respectfully presents to the Court the following list of probable witnesses:

**PROBABLE FACT WITNESSES:**

1. Richard Dafoe
   1601 Elm Street, Suite 4100
   Dallas, Texas 75201

   Mr. Dafoe was the attorney who represented Gary Beach in connection with the bankruptcy. He will testify as to the facts and circumstances regarding Gary Beach's bankruptcy filings and subsequent testimony.

**POSSIBLE FACT WITNESSES:**

1. Gary Beach
   3131 Maple Avenue, Apt. 8A
   Dallas, Texas 75201

   Mr. Beach is the Defendant and may testify as to all the facts and circumstances surrounding the filing of his bankruptcy and his subsequent testimony.

2.  Sean O'Brien
    750 Lexington Avenue, 25th Floor
    New York, New York 10022

Mr. O'Brien will testify that he was the attorney who deposed Gary Beach at the April 3, 2012 and May 29, 2012 depositions. He can testify as the facts and circumstances surrounding the depositions. Further, he was one of the attorneys who cross-examined Gary Beach at the 341 creditors meetings on January 10, 2012.

Additionally Mr. O'Brien will testify that the attorney representing Gary Beach during the trial of *Beach Capital Parternship, et al v. Deeprock Ventures Partners, et al* failed to properly submit Gary Beach's damages to the jury in the jury instructions.

**PROBABLE EXPERT WITNESSES:**

1.  Chris Dellinges
    1230 Clipston Drive
    Prosper, Texas 75078

Mr. Dellinges is a CPA and will testify as to the distributions from the trust and as to the funds going in and out of the various Beach entities. He will testify as to the matters set out in the expert witness notice. See Defendant's Designations of Expert Witnesses.

2.  Behrooz Vida
    3000 Central Drive
    Bedford, Texas 76021

Mr. Vida is a bankruptcy lawyer and will testify about the bankruptcy filings and related issues about income and asset disclosures. He will testify as to the matters set out in the expert witness notice. See Defendant's Designations of Expert Witnesses.

3.   Richard Dafoe
     1601 Elm Street
     Dallas, Texas 75201

Mr. Dafoe is the bankruptcy lawyer who represented Gary Beach. See Defendant's Designations of Expert Witnesses.

                                              Respectfully submitted,

                                              /s/ MARTIN LENOIR
                                              MARTIN LENOIR
                                              State Bar No. 12204300
                                              3300 Oak Lawn, Suite 600
                                              Dallas, Texas 75219
                                              (214) 744-3544
                                              (214) 528-6601 - Fax
                                              LENOIRATTY@aol.com

                                              /s/ MICHAEL MOWLA
                                              MICHAEL MOWLA
                                              State Bar No. 24048680
                                              Post Office Box 868
                                              Cedar Hill, Texas 75106-0868
                                              (972) 795-2401
                                              MICHAEL@mowlalaw.com

                                              **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. David L Jarvis | Mr. Walt Junker |
| Assistant United States Attorney | Assistant United States Attorney |
| United States Attorney's Office | United States Attorney's Office |
| 1100 Commerce Street, 3rd Floor | 1100 Commerce Street, 3rd Floor |
| Dallas, Texas 75242 | Dallas, Texas 75242 |
| david.jarvis@usdoj.gov | Walt.junker@usdoj.gov |

/s/ MARTIN LENOIR
MARTIN LENOIR